certiorari to the Circuit Court of Appeals for the First Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist, Miss Helen R. Carloss,* and *Messrs. Whitney North Seymour* and *Sewall Key* for Burnet. *Mr. James Craig Peacock* for Brown.

No. 817. KENTUCKY & INDIANA TERMINAL R. CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Edward P. Humphrey* and *Robert N. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Morton K. Rothschild,* and *Erwin N. Griswold* for respondent.

No. 859. FLORIDA EX REL. DAVIS ET AL. *v.* ATLANTIC COAST LINE R. CO. May 23, 1932. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Theodore T. Turnbull* and *Cary D. Landis* for petitioners. *Messrs. F. B. Grier, Wm. E. Kay, Thomas B. Adams, J. L. Doggett,* and *Carl H. Davis* for respondent.

No. 870. MORSE *v.* LEWIS, ADMINISTRATRIX. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry Simms* for petitioner. *Messrs. George E. Price* and *Robert S. Spilman* for respondent.